NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUDREY M. ALBERTS,**
*Plaintiff-Appellant,*

**v.**

**MICHELLE K. LEE, Deputy Director,
United States Patent and Trademark Office,**
*Defendant-Appellee..*

---

2013-1259

---

Appeal from the United States District Court for the District of Columbia in No. 10-CV-1727, Judge James E. Boasberg.

---

**JUDGMENT**

---

WESLEY W. MONROE, Christie, Parker & Hale, LLP, of Glendale, California, argued for plaintiff-appellant.

FARHEENA Y. RASHEED, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for defendant-appellee. With her on the brief were NATHAN K. KELLEY, Acting Solicitor, and FRANCES M. LYNCH, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (RADER, *Chief Judge,* NEWMAN, and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


<u>February 5, 2014</u>
Date

<u>/s/  Daniel  E.  O'Toole</u>
Daniel E. O'Toole
Clerk of Court